# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, B.T. PALMER, M.A. WHITSON**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## MICHAEL A. CHARLES
## LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201500278
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 28 April 2015.
**Military Judge**: CAPT Charles Purnell II, JAGC, USN.
**Convening Authority**: Commanding Officer, Marine Corps Security Force Regiment, Naval Weapons Station Yorktown-Cheatham Annex, Williamsburg, VA.
**Staff Judge Advocate's Recommendation**: Maj C.G. Blosser, USMC.
**For Appellant**: CDR Brendan Curran, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**14 January 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court